# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with Specific Google Search Data | )<br>)<br>)  Case No. 1:25-mj- 16-01-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A. This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).

located in the _Northern_ District of _California_, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(j) | Unlawful possession of a stolen firearm |
| 18 U.S.C. §922(u) | Theft from a Federal Firearms Licensee ("FFL") |
| 18 U.S.C. § 371 | Conspiracy to commit the offenses of 18 U.S.C. §922(j) and 18 U.S.C. §922(u) |

The application is based on these facts:

See attached Affidavit in Support of Application for Search Warrant of ATF Special Agent Timothy S. Hoover, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Timothy S. Hoover
*Applicant's signature*

Timothy S. Hoover, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephonic conference** *(specify reliable electronic means)*.

Date: **Jan 28, 2025**

*Judge's signature*

City and state: Concord, New Hampshire   Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*